UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Colmar Realty LLC

Debtor.

CHAPTER 11

CASE NO. 11-49728 - 353

AFFIDAVIT

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF KINGS     )

**Wanda Conti,** being duly sworn, deposes and says:

1. I am the Managing Member of the Debtor herein, and I submit the following information pursuant to Local Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

2. The principal office of the Debtor is located in this district at 41-17 48th St. Sunnyside, NY.

3. The Debtor's taxpayer identification number is 20-3456270.

4. There is neither a case under the former Bankruptcy act nor under the Bankruptcy Code currently pending by or against the Debtor.

5. No official or unofficial committee of creditors of the Debtor has been organized as of this date.

6. No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such

Case 1-11-49728-jf    Doc 10    Filed 12/06/11    Entered 12/06/11 13:19:35

person.

7. The Debtor's principal books and records are located at 145-69 20th Avenue, Whitestone, NY 11357.

8. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9. The Debtor operates an apartment building in Sunnyside, New York. The Debtor's former management company failed to turnover the rents to the Debtor which caused the Debtor to default on its mortgage.

10. It is anticipated that the Debtor's operations in the next thirty (30) days will result in an operating loss.

11. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

12. The Debtor does not have any assets located outside the territorial limits of the United States.

13. It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

Colmar Realty LLC

/s/ Wanda Conti
Wanda Conti, Managing Member

Sworn to before me this
6  day of Dec, 2011

/s/ 
NOTARY PUBLIC

BRUCE L WEINER
NOTARY PUBLIC, State of New York
No. 02WE4698750
Qualified in Kings County
Commission Expires August 31, 2013